## THOMAS v. STATE.
### No. 19401.

Court of Criminal Appeals of Texas.
Feb. 9, 1938.

Rehearing Denied March 23, 1938.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the Texas Liquor Control Act, as amended, Vernon's Ann.P.C. art. 666—1 et seq., punishment being assessed at a fine of $500 and six months' confinement in the county jail.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment will be affirmed.

#### On Motion for Rehearing.

HAWKINS, Judge.

Appellant was charged under appropriate averments with possessing for the purpose of sale, in dry territory, beer containing alcohol in excess of 1 per centum of alcohol by volume, without holding an industrial or medicinal permit.

For the first time in his motion for rehearing appellant urges that the State's pleading is bad for not negativing the holding by appellant of various and sundry other permits than those named in the complaint and information. It was not necessary to negative the exceptions which were named in the State's pleading, nor the others mentioned by appellant in his motion. Baker v. State, 132 Tex.Cr.R. 527, 106 S.W.2d 308; Parker v. State, 132 Tex.Cr.R. 567, 106 S.W.2d 313; Morris v. State, 132 Tex.Cr.R. 563, 106 S.W.2d 314; Taylor v. State, 132 Tex.Cr.R. 617, 106 S.W.2d 1056; Garner v. State, Tex.Cr. App., 109 S.W.2d 182; Wood v. State, Tex.Cr.App., 109 S.W.2d 756; Fogle v. State, Tex.Cr.App., 111 S.W.2d 246; Park v. State, Tex.Cr.App., 111 S.W.2d 249.

The motion for rehearing is overruled.

## THOMAS v. STATE.
### No. 19402.

Court of Criminal Appeals of Texas.
Feb. 9, 1938.

Rehearing Denied March 23, 1938.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction for violating the Texas Liquor Control Act, as amended, Vernon's Ann.P.C. art. 666—1 et seq.; punishment, a fine of $500 and six months' confinement in the county jail.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear regular.

No error appearing, the judgment is affirmed.

## On Motion for Rehearing.

**HAWKINS, Judge.**

Upon the same authorities cited in opinion on rehearing in N. Thomas v. State, Tex.Cr.App., 114 S.W.2d 562, the motion for rehearing in the present case is overruled.